■ RONALD J. SCALISE et al., Doing Business as C.R. PROPER-
TIES, Appellants, v HERKIMER, FULTON, HAMILTON AND OTSEGO
COUNTY BOARD OF COOPERATIVE EDUCATIONAL SERVICES, Also
Known as "BOCES," et al., Respondents. (Appeal No. 2.) [790
NYS2d 921]—Appeal from an order and judgment (one paper) of
the Supreme Court, Herkimer County (Michael E. Daley, J.),
entered November 17, 2003. The order and judgment denied
plaintiffs' motion to strike defendants' affirmative defenses and
granted the cross motion of defendants for summary judgment
dismissing the complaint.

It is hereby ordered that the order and judgment so appealed
from be and the same hereby is unanimously reversed on the
law without costs, the cross motion is denied, the complaint is
reinstated, the motion is granted in part and the fourth affirma-
tive defense is dismissed.

Same memorandum as in *Scalise v Herkimer, Fulton, Hamil-
ton & Otsego County BOCES* (16 AD3d 1059 [2005]). Present—
Scudder, J.P., Kehoe, Gorski, Martoche and Smith, JJ.